■ BARBARA HINTERBERGER, Respondent, v CATHY L. LESLIE, Appellant. (Appeal No. 3.) [844 NYS2d 755]—Appeal from an amended order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered July 20, 2006 in a personal injury action. The amended order, insofar as appealed from, granted plaintiff's motion for a mistrial and ordered a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Gorski, J.P., Smith, Centra, Fahey and Green, JJ.